UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL REINSURANCE COMPANY LIMITED LONDON,<br><br>      Plaintiff(s),<br><br>  v.<br><br>THE FORT MILLER GROUP, INC., THE FORT MILLER COMPANY, INC., and BEECHE SYSTEMS CORPORATION,<br><br>      Defendant(s). | No. C05-1912 BZ<br><br>**SCHEDULING ORDER** |

    Defendants' motion to dismiss St. Paul Reinsurance Company Limited London's Complaint or, in the alternative, to transfer action pursuant to 28 U.S.C. §§ 1404(a) and 1406(a) is scheduled to be heard on **September 7, 2005, at 10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. **IT IS HEREBY ORDERED** that the briefing schedule is modified as follows: any opposition to defendants' motion must be filed no later than

///

///

1

**July 27, 2005.**  Any reply must be filed no later than **August 3, 2005.**

Dated:  July 7, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ST. PAUL REINSURANCE\SCHEDULING.ORD.wpd