UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ST. PAUL REINSURANCE COMPANY )
LIMITED LONDON,              )
                             )    No. C05-1912 BZ
        Plaintiff(s),        )
                             )
    v.                       )
                             )    **SCHEDULING ORDER**
THE FORT MILLER GROUP, INC., )
THE FORT MILLER COMPANY,     )
INC., and BEECHE SYSTEMS     )
CORPORATION,                 )
                             )
        Defendant(s).        )
_____)

**IT IS HEREBY ORDERED** as follows:

1. RPI's Motion To Intervene will be heard on **September 21, 2005 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Any opposition is due **August 24, 2005.** Any reply is due **September 2, 2005.**

2. Defendants' Motion To Dismiss, etc. will be heard on **September 21, 2005 at 10:00 a.m** in Courtroom G, 15th Floor,

1

1  Federal Building, 450 Golden Gate Avenue, San Francisco,
2  California 94102.  Plaintiff's opposition is due **August 24,**
3  **2005.**  Any reply is due **September 2, 2005.**  RPI may by **August**
4  **24, 2005** file a brief on the Motion To Dismiss, which will
5  only be considered if it is granted leave to intervene.
6       This Order resolves Docket items 14 and 19.

8  Dated: August 2, 2005

                                    Bernard Zimmerman
                                United States Magistrate Judge

G:\BZALL\-BZCASES\ST. PAUL REINSURANCE\SCHEDULING2.ORDER.wpd

2