UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ST. PAUL REINSURANCE COMPANY LIMITED LONDON,

    Plaintiff(s),

v.

THE FORT MILLER GROUP, INC., THE FORT MILLER COMPANY, INC., and BEECHE SYSTEMS CORPORATION,

    Defendant(s).

No. C05-1912 BZ

**SCHEDULING ORDER**

Following a telephonic discovery conference on August 19, 2005, **IT IS HEREBY ORDERED** that defendants must provide complete and accurate responses to the discovery requests discussed in plaintiff's August 16, 2005 letter by **Friday, August 29, 2005.** The hearing on defendants' motion to dismiss St. Paul Reinsurance Company Limited London's Complaint or, in the alternative, to transfer action pursuant to 28 U.S.C. §§ 1404(a) and 1406(a) is continued to **October 12, 2005, at**

1

1  **10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450
2  Golden Gate Avenue, San Francisco, California 94102.  Any
3  opposition to defendants' motion must be filed no later than
4  **September 14, 2005.**  Any reply must be filed no later than
5  **September 21, 2005.**  Nothing in this order alters the schedule
6  for the motion of Robison Prezioso, Inc. to intervene, which
7  is currently set to be heard on September 21, 2005.
8  Dated:  August 19, 2005

	_____
	Bernard Zimmerman
	United States Magistrate Judge

G:\BZALL\-BZCASES\ST. PAUL REINSURANCE\SCHEDULING3.ORDER.wpd