UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL REINSURANCE COMPANY LIMITED LONDON,<br><br>            Plaintiff(s),<br><br>      v.<br><br>THE FORT MILLER GROUP, INC. and BEECHE SYSTEMS CORPORATION,<br><br>            Defendant(s). | No. C05-1912 BZ<br><br>**SCHEDULING ORDER** |

It appearing to the court that the jurisdiction and venue issues raised by defendants need to be resolved prior to any ruling on intervention **IT IS HEREBY ORDERED** that the hearing on Robison-Prezioso, Inc.'s motion to intervene, which is currently scheduled for September 21, 2005, is **RESCHEDULED** to **October 12, 2005, at 10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: September 14, 2005

_Bernard Zimmerman_
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ST. PAUL REINSURANCE\SCHEDULING4.ORDER.wpd

1