UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL REINSURANCE COMPANY LIMITED LONDON,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>THE FORT MILLER GROUP, INC. and BEECHE SYSTEMS CORPORATION,<br><br>　　　　Defendant(s). | No. C05-1912 BZ<br><br>**SCHEDULING ORDER** |

**IT IS HEREBY ORDERED** that the hearing on defendants' motion to dismiss or, in the alternative, transfer to the Northern District of New York, Robison-Prezioso, Inc.'s motion to intervene and the case management conference scheduled for October 12, 2005, are **CONTINUED** to **November 9, 2005, at 10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Defendants' reply to plaintiff's opposition to the motion to dismiss or, in the alternative, transfer to the Northern

1

1  District of New York, is due by **October 19, 2005.**

2      **IT IS FURTHER ORDERED** that at the same time and place
3  defendants shall show cause why sanctions should not be
4  imposed for their failure to file a timely reply or seek a
5  continuance in accordance with the Local Rules.  Any party
6  wishing to suggest a sanction shall do so in writing by
7  **November 1, 2005.**

8  Dated:  October 11, 2005

                                    */s/ Bernard Zimmerman*
                                  Bernard Zimmerman
                         United States Magistrate Judge

G:\BZALL\-BZCASES\ST. PAUL REINSURANCE\SCHEDULING5OSC.ORDER.wpd