UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL REINSURANCE COMPANY LIMITED LONDON,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>THE FORT MILLER GROUP, INC. and BEECHE SYSTEMS CORPORATION,<br><br>　　　　Defendant(s). | No. C05-1912 BZ<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

　　Following a hearing on November 9, 2005, **IT IS HEREBY ORDERED** that the Order to Show Cause, entered October 11, 2005, is **DISCHARGED**.

Dated: November 9, 2005

　　　　　　　　　　　　　　　　/s/ Bernard Zimmerman
　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\ST. PAUL REINSURANCE\OSC.ORDER.wpd

1