UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL REINSURANCE COMPANY LIMITED LONDON,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>THE FORT MILLER GROUP, INC. and BEECHE SYSTEMS CORPORATION,<br><br>　　　　Defendant(s). | No. C05-1912 BZ<br><br>**ORDER VACATING STATUS CONFERENCE AND SCHEDULING STATUS CONFERENCE** |

　　　On February 15, 2006, this Court ordered that the instant action be stayed pending the outcome of underlying state court litigation.  The February 15th order also set a status conference in this matter to be held September 25, 2006.  The parties filed a Supplemental Case Management Statement dated September 19, 2006 indicating that the underlying state litigation remains active, and that the parties are pursuing settlement.

1

1   Because the underlying state court litigation remains
2   active, **IT IS ORDERED** that the September 25, 2006 status
3   conference is **VACATED.**  A status conference is scheduled for
4   **March 19, 2007 at 4:00 p.m**. in Courtroom G, 15th Floor,
5   Federal Building, San Francisco, California 94102.  One week
6   prior to the conference, the parties shall submit a joint
7   statement explaining the status of the state actions.  **IT IS**
8   **FURTHER ORDERED** that the parties shall immediately inform this
9   Court in the event that the state court litigation is settled
10  or otherwise terminated.
11  Dated:   September 21, 2006

_____
Bernard Zimmerman
United States Magistrate Judge