UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ST. PAUL REINSURANCE COMPANY LIMITED LONDON,<br><br>    Plaintiff(s),<br><br>  v.<br><br>THE FORT MILLER GROUP, INC. and BEECHE SYSTEMS CORPORATION,<br><br>    Defendant(s). | No. C05-1912 BZ<br><br>**SECOND ORDER VACATING STATUS CONFERENCE AND SCHEDULING STATUS CONFERENCE** |

    On February 15, 2006, this Court ordered that the instant action be stayed pending the outcome of underlying state court litigation. The February 15th order also set a status conference in this matter to be held September 25, 2006. Having subsequently been informed by the parties that the underlying state litigation remained active, I ordered that the status conference be continued to March 19, 2007. In a joint Supplemental Case Management dated March 12, 2007, the

1

1  parties informed the Court that the underlying state
2  litigation remains active.
3       Because the underlying state court litigation remains
4  active, **IT IS ORDERED** that the March 19, 2007 status
5  conference is **VACATED.**  A status conference is scheduled for
6  **June 4, 2007 at 4:00 p.m**. in Courtroom G, 15th Floor, Federal
7  Building, San Francisco, California 94102.  One week prior to
8  the conference, the parties shall submit a joint statement
9  explaining the status of the state actions.  **IT IS FURTHER**
10 **ORDERED** that the parties shall immediately inform this Court
11 in the event that the state court litigation is settled or
12 otherwise terminated.
13 Dated: March 13, 2007

_____
Bernard Zimmerman
United States Magistrate Judge