UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL REINSURANCE COMPANY LIMITED LONDON,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>THE FORT MILLER GROUP, INC. and BEECHE SYSTEMS CORPORATION,<br><br>　　　　Defendant(s). | No. C05-1912 BZ<br><br>**THIRD ORDER VACATING STATUS CONFERENCE AND SCHEDULING STATUS CONFERENCE** |

　　　On February 15, 2006, this Court ordered that the instant action be stayed pending the outcome of underlying state court litigation.  The February 15th order also set a status conference in this matter to be held September 25, 2006. Having subsequently been informed by the parties that the underlying state litigation remained active, I ordered that the status conference be continued to March 19, 2007, and again to June 4, 2007.  In a joint Supplemental Case

1

1 | Management dated May 25, 2007, the parties informed the Court
2 | that the underlying state litigation remains active.
3 |     Because the underlying state court litigation remains
4 | active, **IT IS ORDERED** that the June 4, 2007 status conference
5 | is **VACATED.**  A status conference is scheduled for **September**
6 | **10, 2007 at 4:00 p.m**. in Courtroom G, 15th Floor, Federal
7 | Building, San Francisco, California 94102.  One week prior to
8 | the conference, the parties shall submit a joint statement
9 | explaining the status of the state actions.  **IT IS FURTHER**
10 | **ORDERED** that the parties shall immediately inform this Court
11 | in the event that the state court litigation is settled or
12 | otherwise terminated.
13 | Dated: May 29, 2007

                          */s/ Bernard Zimmerman*
                          Bernard Zimmerman
                    United States Magistrate Judge

G:\bzall\-bzcases\st.paul reinsurance\ORD.VACATING.STAT.CONF.3.wpd   2