SELMAN BREITMAN LLP
Michelle R. Press (SBN 163637)
11766 Wilshire Blvd., 6th Floor
Los Angeles, CA  90025-6538
Telephone:      (310) 445-0800
Facsimile:      (310) 473-2525

Attorneys for Plaintiff
ST. PAUL REINSURANCE COMPANY
LIMITED LONDON

SQUIRE, SANDERS & DEMPSEY, LLP
Ethan A. Miller (SBN 155965)
Daniel S. Kubasak (SBN 222336)
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492
Telephone:      (415) 954-0215
Facsimile:      (415) 393-9887

Attorneys for Defendants
THE FORT MILLER GROUP, INC., THE
FORT MILLER COMPANY, INC. and
BEECHE SYSTEMS CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| St. Paul Reinsurance Company Limited London,<br><br>                    Plaintiff(s),<br><br>          v.<br><br>The Fort Miller Group, Inc., The Fort Miller Company, Inc., and Beeche Systems Corporation,<br><br>                    Defendant(s). | CASE NO.    C 05 01912 BZ<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:           November 5, 2007<br>Time:           4:00 p.m.<br>Courtroom:   G (15th Floor)<br>Magistrate Judge Bernard Zimmerman |

Plaintiff St. Paul Reinsurance Company Limited London ("St. Paul Re") and defendants The Fort Miller Group, Inc., The Fort Miller Company, Inc. and Beeche Systems Corporation (collectively "Fort Miller and Beeche"), through their attorneys of record, hereby jointly stipulate to continue the Case Management Conference scheduled for November 5, 2007.

374896.1  1090.23834

1    At the status conference on September 10, 2007, the parties advised the Court that the

2  underlying action had fully settled; however, the underlying parties had not prepared or executed

3  the required settlement agreement nor had the underlying defendants funded the settlement.  The

4  parties also advised the Court that plaintiff intended to amend the complaint; that defendants had

5  agreed to stipulate to the filing of an amended complaint; and, that both parties intended to provide

6  additional Initial Disclosures pursuant to Federal Rule of Civil Procedure Rule 26.  The Court set a

7  Case Management Conference for November 5, 2007.

8    Since that date, plaintiff has prepared an amended complaint for defendants' consideration.

9  However, the underlying settlement has not been wrapped up in that the underlying plaintiffs have

10  not approved the proposed Settlement Agreement and Release and the settlement has not been

11  funded.  The parties have been waiting to conduct a formal meeting concerning additional

12  disclosures until the underlying settlement is concluded.  Furthermore, counsel for defendants is

13  currently engaged in trial and will be in trial on the date of this case management conference on

14  November 5, 2007.

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**
Case No. C 05 01912

1    ACCORDINGLY, THE PARTIES HEREBY STIPULATE to continue the case

2  management conference currently set for November 5, 2007 until December 17, 2007 to allow

3  time for the underlying parties to conclude the underlying settlement so that these parties can

4  move forward with the litigation of this case.

5

6                                    Respectfully Submitted,

7
   DATED: October **30**, 2007
8                                    SELMAN BREITMAN LLP

9

10  By: _____
            MICHELLE R. PRESS
11            Attorneys for Plaintiff
          St. Paul Reinsurance Company Limited London
12

13  DATED: October **30**, 2007

14                                   SQUIRE, SANDERS & DEMPSEY, LLP

15
    By: _____
16            ETHAN A. MILLER
            DANIEL S. KUBASAK
17          Attorneys for Defendants
          The Fort Miller Group, Inc., The Fort Miller
18        Company, Inc. and Beeche Systems Corporation

19

20      IT IS SO ORDERED:

21      The Case Management Conference currently set for November 5, 2007 is hereby vacated

22  and shall be continued to December 17, 2007 at 4:00 p.m. in Courtroom G, 15th Floor.

23  ___November 2, 2007___
24            Date                   _____
                                     Honorable Bernard Zimmerman
25

26

27

28

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C 05 01912

974896.1  1090.23834

**Selman Breitman LLP**
ATTORNEYS AT LAW

## PROOF OF SERVICE

*St. Paul Reinsurance Company Limited London v. The Fort Miller Group, Inc., The Fort Miller Company, Inc., and Beeche Systems Corporation*

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 11766 Wilshire Boulevard, Sixth Floor, Los Angeles, CA 90025. On November 2, 2007, I served the following document(s) described as **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** on the interested parties in this action as follows:

by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

> **See Attached Service List**

☒ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to for delivery to the addressee(s).

☐ **BY E-MAIL:** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

☐ **BY FAX:** I transmitted a copy of the foregoing documents(s) via telecopier to the facsimile numbers of the addressee(s), and the transmission was reported as complete and without error.

☐ **BY PERSONAL SERVICE:** I personally delivered such envelope by hand to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 2, 2007, at Los Angeles, California.

*Dina Horvath*
DINA HORVATH

375291.1  1090.23834

1

1

2

### SERVICE LIST

3

*St. Paul Reinsurance Company Limited London v. The Fort Miller Group, Inc., The Fort Miller Company, Inc., and Beeche Systems Corporation*

4

5   Ethan A Miller, Esq.
    Daniel S. Kubasak, Esq.

6   Squire, Sanders & Dempsey LLP
    One Maritime Plaza, Suite 300

7   San Francisco, CA  94111-3492

Attorneys for Defendants
The Fort Miller Group, Inc., The Fort Miller Company, Inc., and Beeche Systems Corporation
Telephone: (415) 954-0200
Facsimile: (415) 393-9887

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Selman Breitman LLP
ATTORNEYS AT LAW

375291.1  1090.23834