UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL REINSURANCE COMPANY LIMITED LONDON,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>THE FORT MILLER GROUP, INC. and BEECHE SYSTEMS CORPORATION,<br><br>　　　　Defendant(s). | No. C05-1912 BZ<br><br>**ORDER SCHEDULING TELEPHONE CONFERENCE** |

On February 20, 2008, defendant wrote the court about a pending discovery dispute. In violation of the Order Scheduling Jury Trial and Pretrial matters issued December 21, 2007, plaintiff did not reply. **IT IS THEREFORE ORDERED** that a telephone conference is scheduled for **Friday, February 29, 2008 at 9:45 a.m.** to: (1) discuss the pending discovery dispute and (2) permit plaintiff to explain why it should not be sanctioned for its failure to comply with the court's

1

order.

Counsel for defendant shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878,** and make arrangements for the telephonic conference call.

Dated: February 25, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-bzcases\st.paul reinsurance.tel conf.ord.wpd