Michelle R. Press (SBN 163637)
Maria T. Wusinich (SBN 239503)
SELMAN BREITMAN LLP
11766 Wilshire Blvd., 6th Floor
Los Angeles, CA  90025-6538
Telephone: (310) 445-0800
Facsimile: (310) 473-2525

Attorneys for Plaintiff Unionamerica Insurance Company Limited, successor-in-interest to St. Paul Reinsurance Company Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Unionamerica Insurance Company Limited, successor-in-interest to St. Paul Reinsurance Company Limited, <br><br>Plaintiff, <br><br>v. <br><br>The Fort Miller Group, Inc., The Fort Miller Company, Inc. and Beeche Systems Corporation, <br><br>Defendants | CASE NO.   C 05 01912 BZ <br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
|---|---|

Plaintiff Unionamerica Insurance Company Limited ("Unionamerica"), successor-in-interest to St. Paul Reinsurance Company Limited and defendants The Fort Miller Group, Inc. and Beeche Systems Corporation (collectively "defendants"), through their attorneys of record, hereby jointly stipulate as follows:

1. The original complaint in this matter was filed in May 2005. Thereafter, this Court stayed this action from February 16, 2006 through December 17, 2007, pending the resolution of the underlying lawsuits, *Robinson Prezioso, Inc. v. Beeche Systems Corp., et al.*, San Francisco

1  County Superior Court, Case No. CGC-03-426856 and *California Engineering Contractors, et al.*
2  *v. Beeche Systems Corp., et al.*, San Francisco County Superior Court, Case No., CGC 04-428-
3  416.

4      2.    The underlying lawsuits were resolved pursuant to a settlement agreement among
5  the parties thereto, and the settlement was funded in February 2008.

6      3.    On April 28, 2008, pursuant to the parties' stipulation and this Court's Order
7  approving the same, the first amended complaint of plaintiff Unionamerica was deemed filed.

8      4.    Plaintiff's counsel and defendants' counsel have met and conferred regarding ADR
9  pursuant to Civil L.R. 16-8 and ADR L.R. 3-5 and have participated in an ADR telephone
10 conference with the Court's ADR department.

11     5.    The parties agree to participate in Early Neutral Evaluation ("ENE") pursuant to
12 ADR L.R. 5.

13     6.    Pursuant to the parties' stipulation, defendants may file a response to the first
14 amended complaint by May 28, 2008. The parties agree to complete the ADR session within sixty
15 (60) days after the date defendants' responsive pleading is filed, by July 27, 2008.

16     7.    The parties to this action located out-of-state may participate in the ADR session
17 via telephonic appearance.

19 DATED: May 5, 2008        SELMAN BREITMAN LLP

21 By: /s/ Michelle R. Press
    MICHELLE R. PRESS, ESQ.
22     MARIA T. WUSINICH, ESQ.
    Attorneys for Plaintiff Unionamerica Insurance
23     Company Limited, successor-in-interest to St. Paul
    Reinsurance Company Limited

Selman Breitman LLP
ATTORNEYS AT LAW

393938.1 1090.23834

DATED: May   , 2008          SQUIRE SANDERS & DEMPSEY LLP


By:_____
ETHAN A. MILLER, ESQ.
DANIEL T. BALMAT, ESQ.
Attorneys for Defendants The Fort Miller Group, Inc.
and Beeche Systems Corporation


### ORDER

IT IS HEREBY ORDERED that pursuant to the stipulation above, the captioned matter is hereby referred to Early Neutral Evaluation ("ENE"). The deadline for the ADR session is July 27, 2008., except that the request to participate by telephone is **DENIED,** unless the Evaluator permits it.


DATED: May 6 , 2008

By:_____
HON. JUDGE BERNARD ZIMMERMAN,
UNITED STATES MAGISTRATE JUDGE



| | |
|---|---|
| DATED: May 5, 2008 | SQUIRE SANDERS & DEMPSEY LLP<br><br>By: _____<br>ETHAN A. MILLER, ESQ.<br>DANIEL T. BALMAT, ESQ.<br>Attorneys for Defendants The Fort Miller Group, Inc. and Beeche Systems Corporation |

## ORDER

IT IS HEREBY ORDERED that pursuant to the stipulation above, the captioned matter is hereby referred to Early Neutral Evaluation ("ENE"). The deadline for the ADR session is July 27, 2008.

DATED: May    , 2008

By: _____
HON. JUDGE BERNARD ZIMMERMAN,
UNITED STATES MAGISTRATE JUDGE