1  Michelle R. Press (SBN 163637)
   Maria T. Wusinich (SBN 239503)
2  SELMAN BREITMAN LLP
   11766 Wilshire Blvd., 6th Floor
3  Los Angeles, CA  90025-6538
   Telephone: (310) 445-0800
4  Facsimile: (310) 473-2525

5  Attorneys for Plaintiff Unionamerica Insurance Company
   Limited, successor-in-interest to St. Paul Reinsurance
6  Company Limited

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | Unionamerica Insurance Company Limited, successor-in-interest to St. Paul Reinsurance Company Limited, | CASE NO.   C 05 01912 BZ |
|----|---|---|
| 12 | | STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR FILING RESPONSE TO ANSWER AND COUNTER-CLAIM |
| 13 | Plaintiff, | |
| 14 | v. | |
| 15 | The Fort Miller Group, Inc., The Fort Miller Company, Inc. and Beeche Systems Corporation, | |
| 16 | | |
| 17 | Defendants | |

18

19

20       Plaintiff Unionamerica Insurance Company Limited ("Unionamerica"), successor-in-

21 interest to St. Paul Reinsurance Company Limited and defendants The Fort Miller Group, Inc.,

22 The Fort Miller Company, Inc. and Beeche Systems Corporation (collectively "defendants"),

23 through their attorneys of record, hereby jointly stipulate as follows:

24       1.   On May 28, 2008, in response to Unionamerica's first amended complaint,

25 defendants filed and served an answer and counter-claim for damages for breach of the implied

26 covenant of good faith and fair dealing and fraud.

27

28
                                            1
   STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR FILING RESPONSE TO
                        ANSWER AND COUNTER-CLAIM
                              Case No. C 05 01912 BZ

2.  Pursuant to Federal Rule 12(a)(1)(B), Unionamerica's deadline for responding to defendants' counter-claim is June 17, 2008.

3.  The above deadline shall be extended for one week. Accordingly, Unionamerica must file its response to defendants' answer and counter-claim by the new deadline of June 24, 2008.

DATED: June 17, 2008     SELMAN BREITMAN LLP

By:_____
   MICHELLE R. PRESS. ESQ.
   MARIA T. WUSINICH, ESQ.
Attorneys for Plaintiff Unionamerica Insurance Company Limited, successor-in-interest to St. Paul Reinsurance Company Limited

DATED: June 17, 2008     SQUIRE SANDERS & DEMPSEY LLP

By:_____
   ETHAN A. MILLER, ESQ.
   DANIEL T. BALMAT, ESQ.
Attorneys for Defendants The Fort Miller Group, Inc., The Fort Miller Company, Inc. and Beeche Systems Corporation

### ORDER

IT IS HEREBY ORDERED that pursuant to the above stipulation, Unionamerica shall file its response to defendants' answer and counter-claim in the above captioned matter by June 24, 2008.

DATED: June   , 2008

By:_____
   HON. BERNARD ZIMMERMAN,
   UNITED STATES MAGISTRATE JUDGE

2. Pursuant to Federal Rule 12(a)(1)(B), Unionamerica's deadline for responding to defendants' counter-claim is June 17, 2008.

3. The above deadline shall be extended for one week. Accordingly, Unionamerica must file its response to defendants' answer and counter-claim by the new deadline of June 24, 2008.

DATED: June 17, 2008                    SELMAN BREITMAN LLP


By: _____
MICHELLE R. PRESS, ESQ.
MARIA T. WUSINICH, ESQ.
Attorneys for Plaintiff Unionamerica Insurance Company Limited, successor-in-interest to St. Paul Reinsurance Company Limited

DATED: June 17, 2008                    SQUIRE SANDERS & DEMPSEY LLP


By: _____
ETHAN A. MILLER, ESQ.
DANIEL T. BALMAT, ESQ.
Attorneys for Defendants The Fort Miller Group, Inc., The Fort Miller Company, Inc. and Beeche Systems Corporation

### ORDER

IT IS HEREBY ORDERED that pursuant to the above stipulation, Unionamerica shall file its response to defendants' answer and counter-claim in the above captioned matter by June 24, 2008.

DATED: June 17, 2008

By: _____
HON. BERNARD ZIMMERMAN,
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED — Judge Bernard Zimmerman (seal: United States District Court, Northern District of California)*

2
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR FILING RESPONSE TO ANSWER AND COUNTER-CLAIM
Case No. C 05 01912 BZ

398790.1 1090.23834