Michelle R. Press (SBN 163637)
Maria T. Wusinich (SBN 239503)
SELMAN BREITMAN LLP
11766 Wilshire Blvd., 6th Floor
Los Angeles, CA 90025-6538
Telephone: (310) 445-0800
Facsimile: (310) 473-2525

Attorneys for Plaintiff Unionamerica Insurance Company Limited, successor-in-interest to St. Paul Reinsurance Company Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Unionamerica Insurance Company Limited, successor-in-interest to St. Paul Reinsurance Company Limited,<br><br>Plaintiff,<br><br>v.<br><br>The Fort Miller Group, Inc., The Fort Miller Company, Inc. and Beeche Systems Corporation,<br><br>Defendants | CASE NO.   C 05 01912 BZ<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR COMPLETION OF ADR SESSION |

Plaintiff Unionamerica Insurance Company Limited ("Unionamerica"), successor-in-interest to St. Paul Reinsurance Company Limited and defendants The Fort Miller Group, Inc. and Beeche Systems Corporation (collectively "defendants"), through their attorneys of record, hereby jointly stipulate as follows:

1. On May 6, 2008, the Court approved the parties' stipulation regarding ADR, ordering the parties to participate in an Early Neutral Evaluation ("ENE") and complete the ENE session by July 27, 2008.

1
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR COMPLETION OF ADR SESSION
Case No. C 05 01912 BZ

401429.1 1090.23834

2. On July 3, 2008, pursuant to ADR Local Rule 5-7, the parties participated in a pre-ENE telephone conference with Court-appointed neutral, Richard J. Collier. Mr. Collier and counsel for the parties selected a mutually agreeable date for conducting the ENE session: July 30, 2008.

3. Accordingly, the parties stipulate and request that the deadline for completion of the ENE session be extended for three days from the prior deadline of July 27, 2008, and stipulate that the parties shall complete the ENE session by July 30, 2008.

DATED: July 15, 2008            SELMAN BREITMAN LLP

By: _____
MICHELLE R. PRESS. ESQ.
MARIA T. WUSINICH, ESQ.
Attorneys for Plaintiff Unionamerica Insurance Company Limited, successor-in-interest to St. Paul Reinsurance Company Limited

DATED: July 15, 2008            SQUIRE SANDERS & DEMPSEY LLP

By: _____
ETHAN A. MILLER, ESQ.
DANIEL T. BALMAT, ESQ.
Attorneys for Defendants The Fort Miller Group, Inc., The Fort Miller Company, Inc. and Beeche Systems Corporation

**ORDER**

IT IS HEREBY ORDERED that pursuant to the stipulation above, the deadline for completion of the ADR session is July 30, 2008.

DATED: July 6, 2008

By: _____
HON. BERNARD ZIMMERMAN,
UNITED STATES MAGISTRATE JUDGE

2
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR COMPLETION OF ADR SESSION
Case No. C 05 01912 BZ

401429.1 1090.23834