UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNIONAMERICA INSURANCE CO., LIMITED, Successor-in-interest to ST. PAUL REINSURANCE, | ) ) ) ) ) | No. C05-1912 BZ |
| Plaintiff(s), | ) ) | **ORDER RE OVERDUE OPPOSITION PAPERS** |
| v. | ) ) | |
| THE FORT MILLER GROUP, INC., THE FORT MILLER CO. and BEECHE SYSTEMS CORP., | ) ) ) | |
| Defendant(s). | ) ) ) | |

Plaintiff has filed a motion to dismiss scheduled to be heard on **August 13, 2008**. Your opposition was due yesterday **July 23, 2008.** If your opposition is not filed by **4:00 p.m.** today, **July 24, 2008** the court will deem the motion unopposed and will **GRANT** the motion on that ground alone. See Local Rule 7-3.

Dated: July 24, 2008

                                          /s/ Bernard Zimmerman
                                   Bernard Zimmerman
                         United States Magistrate Judge

G:\BZALL\-BZCASES\UNIONAMERICA V. FORT MILLER\ORDER RE OVERDUE OPPOSITION PAPERS.wpd

1