UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL REINSURANCE COMPANY LIMITED LONDON,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>THE FORT MILLER GROUP, INC. and BEECHE SYSTEMS CORPORATION,<br><br>　　　　Defendant(s). | No. C05-1912 BZ<br><br>**ORDER DENYING COUNTERDEFENDANTS' MOTION TO DISMISS AS MOOT AND SETTING BRIEFING SCHEDULE** |

Counterclaimants having filed an amended answer and counterclaim, **IT IS ORDERED** as follows:

　　1.　Counterdefendants' motion to dismiss is **DENIED** as **MOOT** and the August 13, 2008 hearing on that motion is **VACATED**.

　　2.　Counterdefendants shall respond to the amended counterclaim, by no later than **August 15, 2008**.

　　3.　If they move to dismiss, any opposition shall be filed by **August 22, 2008**; any reply shall be filed by **August 27, 2008**, and the motion will be heard on **September 3, 2008,**

1

1 | at **10:00 a.m.** in Courtroom G, 15th Floor, Federal Building,
2 | 450 Golden Gate Avenue, San Francisco, California 94102.
3 | Dated: August 4, 2008

_____
Bernard Zimmerman
United States Magistrate Judge