UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIONAMERICA INSURANCE CO., LIMITED, Successor-in-interest to ST. PAUL REINSURANCE,<br><br>    Plaintiff(s),<br><br>  v.<br><br>THE FORT MILLER GROUP, INC., THE FORT MILLER CO. and BEECHE SYSTEMS CORP.,<br>    Defendant(s). | No. C05-1912 BZ<br><br>**ORDER FOR FURTHER BRIEFING** |

    **IT IS HEREBY ORDERED** that the hearing on counterdefendant's motion to dismiss the first amended counterclaim is continued to **October 29, 2008 at 10:00 a.m.**

    **IT IS FURTHER ORDERED** that by no later than **September 29, 2008**, counterdefendant shall file a brief addressing at least the following specific issues:

    1.  If the court rules that the underlying policy was rescinded, would the insureds still be able to bring a claim for bad faith?

    2.  If the court finds that the policy was not rescinded, would the insureds be able to bring a claim for

1

1  bad faith?

2  3.  Would the answers to questions 1. and 2. be
3  different if the insurer, who provided a defense and paid
4  benefits, filed the rescission action in such a fashion as to
5  impede the insured's ability to defend the underlying claims?

6  4.  Assuming that the insureds can maintain their bad
7  faith counterclaim, what damages may they claim?

8  5.  Would the public policy of encouraging insurers to
9  comply with their insurance obligations be advanced if an
10 insurer could be subject to a claim based solely on the
11 grounds that it filed an unsuccessful rescission action in
12 bad faith?

13 **IT IS FURTHER ORDERED** that counterclaimant shall file an
14 opposition by no later than **October 10, 2008.**  There will be
15 no further briefing unless specifically ordered by the court.
16 All briefs shall be submitted in WordPerfect format on
17 diskette or may be e-mailed to the following address:
18 bzpo@cand.uscourts.gov

19 The parties are reminded to carefully heed the
20 admonitions given by the court as to the focus of their
21 briefs.

22 Dated: September 18, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\UNIONAMERICA V. FORT MILLER\ORDER RE FURTHER BRIEFING.MMH
DRAFT.wpd

2