

SQUIRE, SANDERS & DEMPSEY L.L.P.

One Maritime Plaza, Suite 300
San Francisco, CA 94111

Direct: +1.415.954.0383
Fax:    +1.415.393.9887
dbalmat@ssd.com

September 24, 2008

**VIA ELECTRONIC FILING (AND NEXT-DAY HAND DELIVERY)**

Hon. Magistrate Judge Bernard Zimmerman
United States District Court, N.D. California
450 Golden Gate Avenue
15th Floor, Courtroom G
San Francisco, CA 94102

      Re:   *Unionamerica Insurance Company Limited v. The Fort Miller Group, Inc. et al.*,
            N.D. Cal. Case No. C05-1912 BZ

Dear Judge Zimmerman:

    Through their undersigned counsel, the parties hereby jointly request a two-week extension of the deadline for the parties to certify pursuant to the Court's Order Scheduling Jury Trial and Pretrial Matters that all discovery supplementation has been completed, from the current deadline of September 24, 2008 to October 8, 2008.

    Such an extension is necessary because the current deadline for such certification is today, September 24, and both sides believe that further supplementation will be necessary. The parties have been working to complete discovery and, as a result of the meet and confer process surrounding these efforts, and to avoid motions to compel supplementing various responses, have only very recently either agreed to provide certain supplemental responses or become aware of a potential need for additional supplementation. The parties are currently determining the precise extent to which additional supplementation may be necessary, and anticipate being able to complete whatever supplementation should ultimately prove necessary by October 8, 2008.

    For the foregoing reasons, the parties respectfully request that the certification deadline be extended from September 24, 2008 to October 8, 2008.

Respectfully submitted,

Daniel T. Balmat
SQUIRE, SANDERS & DEMPSEY, L.L.P.
Attorneys for The Fort Miller Group, Inc., The Fort Miller Company, and Beeche Systems

Respectfully submitted,

Ryan Van Steenis
SELMAN BREITMAN LLP
Attorneys for Unionamerica Insurance Company Limited

GRANTED
Judge Bernard Zimmerman
9/25/2008

CINCINNATI • CLEVELAND • COLUMBUS • HOUSTON • LOS ANGELES • MIAMI • NEW YORK • PALO ALTO • PHOENIX • SAN FRANCISCO • TALLAHASSEE • TAMPA • TYSONS CORNER
WASHINGTON DC • WEST PALM BEACH | CARACAS • RIO DE JANEIRO • SANTO DOMINGO • SÃO PAULO | BRATISLAVA • BRUSSELS • BUDAPEST • FRANKFURT • KYIV
LONDON • MOSCOW • PRAGUE • WARSAW | BEIJING • HONG KONG • SHANGHAI • TOKYO | ASSOCIATED OFFICES: BUCHAREST • BUENOS AIRES • DUBLIN • SANTIAGO
www.ssd.com