Michelle R. Press (SBN 163637)
Janis M.W. Hui (SBN 252172)
SELMAN BREITMAN LLP
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA 90025
Telephone: (310) 445-0800
Facsimile: (310) 473-2525

Attorneys for Plaintiff
Unionamerica Insurance Company Limited, successor-in-interest to St. Paul Reinsurance Company Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Unionamerica Insurance Company Limited, successor-in-interest to St. Paul Reinsurance Company Limited,<br><br>Plaintiff,<br><br>v.<br><br>The Fort Miller Group, Inc., The Fort Miller Company, Inc. and Beeche Systems Corporation,<br><br>Defendants. | CASE NO.   C 05 01912 BZ<br><br>STIPULATION AND [PROPOSED] ORDER FOR WITHDRAWAL OF UNIONAMERICA'S DEMAND FOR JURY TRIAL |

Plaintiff Unionamerica Insurance Company Limited ("Unionamerica") and defendants The Fort Miller Group, Inc., The Fort Miller Company, Inc. and Beeche Systems Corporation (collectively "Fort Miller"), through their attorneys of record, hereby jointly stipulate as follows:

1. On or around May 9, 2005, Unionamerica made a demand for jury trial in conjunction with filing its complaint.

2. Pursuant to Rule 38(d) of the Federal Rules of Civil Procedure, a demand for jury trial may be withdrawn with the consent of the parties.

3. Pursuant to Rule 39(a) of the Federal Rules of Civil Procedure, this consent may be by written stipulation filed with the court.

4. Fort Miller does not object to Unionamerica's withdrawal of its jury trial demand. However, Fort Miller contends that the bad faith issues should be decided by a jury and a jury has

1 been demanded on those issues. Fort Miller believes that the rescission and bad faith issues posed
2 by this action involve many of the same facts, witnesses and documents. Thus, Fort Miller takes
3 the position that the two claims, rescission and bad faith, are intertwined to such a degree that a
4 jury should hear the relevant evidence and decide all issues in this case.

5.  According to the foregoing, Unionamerica and Fort Miller hereby stipulate to withdraw Unionamerica's demand for jury trial.

6.  The stipulation reached between Unionamerica and Fort Miller herein will avoid unnecessary law and motion between the parties.

7.  This continuance would be in the interests of justice and would promote the efficient resolution of disputes between Unionamerica and Fort Miller.

8.  Good cause exists for this stipulation.

9.  This stipulation may be executed in counterparts and will retain its full force and effect.

10. Facsimile signatures will be acceptable and binding with respect to the enforceability of this stipulation.

DATED: October 6, 2008          SELMAN BREITMAN LLP

                                By: _____
                                    MICHELLE R. PRESS
                                    JANIS M.W. HUI
                                Attorneys for Plaintiff Unionamerica Insurance
                                Company Limited, successor-in-interest to St. Paul
                                Reinsurance Company Limited

DATED: October 6, 2008          SQUIRE SANDERS & DEMPSEY LLP

                                By: _____
                                    ETHAN ALLEN H. MILLER, ESQ.
                                    DANIEL T. BALMAT, ESQ.
                                Attorneys for Defendants The Fort Miller Group, Inc.,
                                The Fort Miller Company, Inc. and Beeche Systems
                                Corporation

Selman Breitman LLP
ATTORNEYS AT LAW

## ORDER

Pursuant to stipulation, it is so ordered.

DATED: October 7, 2008

By: *Bernard Zimmerman*
BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE