UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIONAMERICA INSURANCE CO., LIMITED, Successor-in-interst to ST. PAUL REINSURANCE,<br><br>    Plaintiff(s),<br><br>v.<br><br>THE FORT MILLER GROUP, INC., THE FORT MILLER CO. and BEECHE SYSTEMS CORP.,<br>    Defendant(s). | No. C05-1912 BZ<br><br>**BRIEFING ORDER** |

Having received a Motion by Non-Party Witness Squire, Sanders & Dempsey To Quash Subpoenas and Production of Documents, scheduled for hearing on December 3, 2008, **IT IS HEREBY ORDERED** as follows:

    1. Any opposition shall be filed by **November 10, 2008**; and

    2. Any reply shall be filed by **November 17, 2008**.

Dated: October 20, 2008

                                              /s/ Bernard Zimmerman<br>
                                              Bernard Zimmerman<br>
                                            United States Magistrate Judge

G:\BZALL\-BZCASES\UNIONAMERICA V. FORT MILLER\NON PARTY MOTION TO QUASH

1