UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNIONAMERICA INSURANCE CO., LIMITED, Successor-in-interest to ST. PAUL REINSURANCE, | ) ) ) ) ) | No. C05-1912 BZ |
| Plaintiff(s), | ) ) | **ORDER REFERRING CASE** |
| v. | ) ) | **FOR SETTLEMENT CONFERENCE** |
| THE FORT MILLER GROUP, INC., THE FORT MILLER CO. and BEECHE SYSTEMS CORP., | ) ) ) ) | |
| Defendant(s). | ) ) ) | |

**IT IS HEREBY ORDERED** that this case is referred to a magistrate judge for a settlement conference to be held in December of 2008 or January of 2009.

Dated: October 29, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\UNIONAMERICA V. FORT MILLER\ORDER OF REFERRAL OF SETT
CONF.wpd