UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIONAMERICA INSURANCE CO., LIMITED, Successor-in-interest to ST. PAUL REINSURANCE,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>THE FORT MILLER GROUP, INC., THE FORT MILLER CO. and BEECHE SYSTEMS CORP.,<br>　　　　Defendant(s). | No. C05-1912 BZ<br><br>**AMENDED ORDER STAYING COUNTERCLAIM AND DENYING REQUEST FOR SANCTIONS**<br>(Corrects tentative date of Jury Trial) |

Following the supplemental hearing held on October 29, 2008, Unionamerica's 12(b)(6) motion to dismiss Fort Miller's counterclaim is taken under submission.[1]  **IT IS FURTHER ORDERED AS FOLLOWS**:

　　1.　Should the motion be denied, for purposes of trial, the counterclaim will be severed from the rescission claim. The trial scheduled to commence February 23, 2009 will be limited to Unionamerica's claims and Fort Miller's answer and

---

[1] Unionamerica's motion for sanctions is **DENIED** for the reason expressed at the September hearing.  Unionamerica's objections to Fort Miller's appendix filed in support of its supplemental brief are **DENIED**.

1

its affirmative defenses.  If the policy is rescinded, the counterclaim will be dismissed.  If not, the court will schedule a trial on the counterclaim.  I have tentatively reserved the date of **September 21, 2009** for a one week jury trial.

    2.  All discovery dealing exclusively with issues presented by the counterclaim, such as expert discovery on bad faith issues, is **STAYED**.  I recognize that there may be an overlap in discovery between the rescission claim and the counterclaim.  It is not my intention to stay any discovery which may lead to the production of evidence admissible on the rescission claim.  By **Monday, November 3, 2008,** each party shall advise the court in writing which, if any, of the discovery matters presently before the court have not been stayed and still need to be decided.

Dated: October 30, 2008

                                       Bernard Zimmerman
                              United States Magistrate Judge

G:\BZALL\-BZCASES\UNIONAMERICA V. FORT MILLER\AMENDED ORDER STAYING PLAINTIFF'S MOTION TO DISMISS.wpd