1

2

3

4

5

6

7               UNITED STATES DISTRICT COURT

8             NORTHERN DISTRICT OF CALIFORNIA

9

10 | UNIONAMERICA INSURANCE CO., )
   | LIMITED, Successor-in-       )
11 | interest to ST. PAUL         )      No. C05-1912 BZ
   | REINSURANCE,                 )
12 |                              )
   |          Plaintiff(s),       )      **ORDER SETTING**
13 |                              )      **DISCOVERY HEARING**
   |     v.                       )
14 |                              )
   | THE FORT MILLER GROUP, INC.,)
15 | THE FORT MILLER CO. and       )
   | BEECHE SYSTEMS CORP.,        )
16 |          Defendant(s).       )
   |                              )
17 | _____ )

18        In view of the numerous discovery disputes that are

19 pending and the fact that discovery is closing, **IT IS HEREBY**

20 **ORDERED** that a conference to discuss and hopefully resolve

21 the outstanding disputes is scheduled for **Friday, November 7,**

22 **2008 at 3:00 p.m.**, in Courtroom G, 15th Floor, Federal

23 Building, 450 Golden Gate Avenue, San Francisco, California

24 94102.

25        In view of the number of issues, it would be preferable

26 if counsel would appear in person.  But in view of the short

27 notice, any counsel wishing to appear by telephone shall

28 contact **CourtCall**, telephonic court appearances at **1-888-882-**

1

1 | **6878**, and make arrangements for the telephonic conference
2 | call.
3 |     At the beginning of the conference, each side shall be
4 | prepared to identify the issues that still require court
5 | intervention.
6 | Dated: November 5, 2008
7 | _____
8 |               Bernard Zimmerman
      United States Magistrate Judge
9 | G:\BZALL\-BZCASES\UNIONAMERICA V. FORT MILLER\ORDER SETTING DISCOVERY
    HEARING FOR 11.7.08.wpd

2