UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIONAMERICA INSURANCE CO., LIMITED, Successor-in-interest to ST. PAUL REINSURANCE,<br><br>      Plaintiff(s),<br><br>   v.<br><br>THE FORT MILLER GROUP, INC., THE FORT MILLER CO. and BEECHE SYSTEMS CORP.,<br>      Defendant(s). | No. C05-1912 BZ<br><br>**ORDER VACATING HEARING** |

In view of the fact that the subpoenas have been withdrawn, the motion to quash subpoenas for deposition and the production of documents filed by non-party witness Squire, Sanders & Dempsey, L.L.P. is taken off calendar and the hearing, currently set for December 3, 2008, is **VACATED**. This disposes of Docket No. 163.

Dated: November 5, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\UNIONAMERICA V. FORT MILLER\ORDER VACATING DEC 3 HEARING.wpd

1