UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIONAMERICA INSURANCE CO., LIMITED, Successor-in-interest to ST. PAUL REINSURANCE,<br><br>      Plaintiff(s),<br><br>  v.<br><br>THE FORT MILLER GROUP, INC., THE FORT MILLER CO. and BEECHE SYSTEMS CORP.,<br>      Defendant(s). | No. C05-1912 BZ<br><br>**NOTICE RE HEARING** |

The parties should be prepared to discuss, at tomorrow's hearing, what evidence there is in the record that:

    1. Defendants had any Beeche brochures in early 1999.

    2. Beeche brochures were or were not sent by AGF to U.S. Risk in early 1999.

    3. U.S. Risk received the signed version of the 1999 application.

Dated: December 16, 2008

                                   Bernard Zimmerman
                          United States Magistrate Judge

g:\bzall\-bzcases\Unionamerica v. Fort Miller\Notice Re Hearing 12.17.08.wpd

1