UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Unionamerica Insurance Company Limited, successor-in-interest to St. Paul Reinsurance Company Limited,<br><br>Plaintiff<br><br>v.<br><br>The Fort Miller Group, Inc., The Fort Miller Company, Inc. and Beeche Systems Corporation,<br><br>Defendants | CASE NO.   C 05 01912 BZ<br><br>**[PROPOSED] ORDER GRANTING UNIONAMERICA'S MOTION TO SHORTEN TIME TO HEAR THE MOTION FOR RULE 37(c) SANCTIONS**<br><br>Complaint Filed         : 05/09/2005<br>1st Am. Complaint Filed  : 04/28/2008<br><br>Pre-trial Hearing: February 3, 2009<br>Trial date : February 23, 2009 |

///
///
///
///

---

1

**PROPOSED ORDER GRANTING UNIONAMERICA'S MOTION TO SHORTEN TIME**
**C 05 01912 BZ**

After consideration of the papers filed regarding Unionamerica's motion to shorten time to hear its Motion for Rule 37(c) sanctions and all other matters presented to the Court, this Court hereby grants the motion to shorten time.

THEREFORE, it is ORDERED, Unionamerica's motion to shorten time is GRANTED.

IT IS FURTHER ORDERED:

1.  The hearing date for Unionamerica's Motion For Rule 37 (c) sanctions is set for January 21, 2009, at 10:00 a.m. in department G

2.  Defendants' opposition brief shall be filed and served by January 12, 2009.

3.  Unionamerica's reply brief shall be filed and served by January 16, 2009.

IT IS HEREBY ORDERED.

DATED: _____, 20__

By:_____
HON. BERNARD ZIMMERMAN,
UNITED STATES MAGISTRATE JUDGE



1/5/2009 - DENIED.

The motion will be heard at the pretrial conference. Opposition due 1/14/09. Reply due 1/21/09.

---