FILED
FEB 18 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Unionamerica Insurance Company Limited, successor-in-interest to St. Paul Reinsurance Company Limited,<br><br>Plaintiff,<br><br>v.<br><br>The Fort Miller Group, Inc., The Fort Miller Company, Inc. and Beeche Systems Corporation,<br><br>Defendants. | CASE NO.   C 05 01912 BZ<br><br>[PROPOSED] ORDER GRANTING UNIONAMERICA PERMISSION TO BRING CERTAIN EQUIPMENT INTO THE COURT<br><br>Complaint Filed         : 05/09/2005<br>1st Am. Complaint Filed : 04/28/2008<br><br>Pre-trial Hearing: February 3, 2009<br>Trial date : February 23, 2009 |

COMES NOW plaintiff Unionamerica Insurance Company Limited ("Unionamerica") and hereby submits the following request to use the following electronic equipment at trial:

1. One Hewlett Packard laptop and its power supplies;

2. One Apple Laptop and its power supplies;

1

[PROPOSED] ORDER GRANTING UNIONAMERICA PERMISSION TO BRING CERTAIN
EQUIPMENT INTO THE COURT
C 05 01912 BZ

Selman Breitman LLP
ATTORNEYS AT LAW
422876.1 1090.23834

3. One Apple laptop and its power supplies;

4. A 10" x 6", black, portable InFocus projector, and attendant cables, for video presentations at trial;

5. A collapsible pointer, extendable to twenty-four inches, for use with trial exhibits;

6. Extension cords and a power strip for all electronic equipment; and

7. A cart to hold Unionamerica's copy of its trial exhibits.

The Court hereby ORDERS that Unionamerica be permitted to bring the above listed electronic equipment into this Court for use at trial, entitled *Unionamerica v. The Fort Miller Group, et al.*, U.S.D.C., Northern District of California, Case No. C 05 01912 BZ.

IT IS HEREBY ORDERED.

DATED: 18 Feb, 2009

By: _____
HON. BERNARD ZIMMERMAN,
UNITED STATES MAGISTRATE JUDGE

2
[PROPOSED] ORDER GRANTING UNIONAMERICA PERMISSION TO BRING CERTAIN EQUIPMENT INTO THE COURT
C 05 01912 BZ