Squire, Sanders & Dempsey L.L.P.
Ethan A. Miller (State Bar No. 155965)
David A. Gabianelli (State Bar No. 158170)
Daniel T. Balmat (State Bar No. 230504)
One Maritime Plaza, Suite 300
San Francisco, California 94111
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887

Attorneys for Defendants and Counter-claimants
THE FORT MILLER GROUP, INC., THE FORT
MILLER CO. INC., and BEECHE SYSTEMS CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIONAMERICA INSURANCE COMPANY LIMITED, successor-in-interest to ST. PAUL REINSURANCE COMPANY LIMITED LONDON,<br><br>Plaintiff,<br><br>vs.<br><br>THE FORT MILLER GROUP, INC., THE FORT MILLER COMPANY, INC., and BEECHE SYSTEMS CORPORATION,<br><br>Defendants. | Case No. C 05 01912 BZ<br><br>**FORT MILLER'S REQUEST TO BE ALLOWED TO BRING CERTAIN EQUIPMENT INTO THE COURTROOM AND [PROPOSED] ORDER**<br><br>Trial Date: February 23, 2009 |
| THE FORT MILLER GROUP, INC., THE FORT MILLER COMPANY, INC., and BEECHE SYSTEMS CORPORATION,<br><br>Counter-claimants,<br><br>vs.<br><br>UNIONAMERICA INSURANCE COMPANY LIMITED, successor-in-interest to St. Paul Reinsurance Company, Limited, and DOES 1 through 10, inclusive.<br><br>Counter-defendants. | |

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111

FORT MILLER'S REQUEST TO BE ALLOWED TO BRING CERTAIN EQUIPMENT INTO THE COURTROOM AND [PROPOSED] ORDER -- CASE NO. C-05-01912-BZ

Defendant The Fort Miller Group, Inc., The Fort Miller Co. Inc., and Beeche Systems Corp. (collectively, "Fort Miller") hereby requests permission to bring into the courtroom the following equipment for Fort Miller's use at trial:

1. One (1) Lenovo laptop computer and its power supplies;
2. Two (2) Fujitsu laptop computers and their power supplies;
3. One (1) 46" LCD video monitor;
4. Two (2) 19" LCD video monitors;
5. One (1) Yamaha amplifier;
6. Assorted switches and cables for connecting computer, video and sound equipment;
7. A cart to hold copies of Fort Miller's trial exhibits; and
8. Two (2) 8' extruded aluminum "chords," two (2) steel "nodes," wire cable and pin connectors, and one (1) piece of plywood.

Dated: February 18, 2009

Respectfully submitted,

Squire, Sanders & Dempsey L.L.P.

By: _____/s/_____
Daniel T. Balmat

Attorneys for Defendants and Counter-claimants THE FORT MILLER GROUP, INC., THE FORT MILLER CO. INC., and BEECHE SYSTEMS CORP.

IT IS SO ORDERED.

Date: February 18, 2009

Hon. Bernard Zimmerman
MAGISTRATE JUDGE
U.S. DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SANFRANCISCO/295784.3

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111

-1-

FORT MILLER'S REQUEST TO BE ALLOWED TO BRING CERTAIN EQUIPMENT INTO THE COURTROOM AND [PROPOSED] ORDER -- CASE NO. C-05-01912-BZ