```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA


UNIONAMERICA INSURANCE CO.,  )
LIMITED, Successor-in-       )
interest to ST. PAUL         )   No. C05-1912 BZ
REINSURANCE,                 )
                             )   ORDER ON REIMBURSEMENT CLAIM
          Plaintiff(s),      )
                             )
     v.                      )
                             )
THE FORT MILLER GROUP, INC., )
THE FORT MILLER CO. and      )
BEECHE SYSTEMS CORP.,        )
          Defendant(s).      )
                             )
_____)
```

On October 30, 2008, I severed the counterclaim and ordered the trial to proceed on Unionamerica's claims. At the pretrial conference, Fort Miller questioned whether that included the reimbursement claim. Having read both parties' supplemental briefs , **IT IS HEREBY ORDERED** that Unionamerica's reimbursement claim will be tried next week.

Dated: February 19, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\UNIONAMERICA V. FORT MILLER\ORDER ON REIMBURSEMENT CLAIM.wpd            1