UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNIONAMERICA INSURANCE CO., LIMITED, Successor-in-interest to ST. PAUL REINSURANCE, | ) ) ) ) ) | No. C05-1912 BZ |
| Plaintiff(s), | ) ) | **ORDER GRANTING MOTION TO DISMISS COUNTERCLAIM** |
| v. | ) ) | |
| THE FORT MILLER GROUP, INC., THE FORT MILLER CO. and BEECHE SYSTEMS CORP., | ) ) ) | |
| Defendant(s). | ) ) ) | |

The Court having concluded after trial that Unionamerica is entitled to rescission of the policies at issue, **IT IS HEREBY ORDERED** that Unionamerica's motion to dismiss the First Amended Counterclaim, previously taken under submission, is **GRANTED**. The parties had previously agreed that if the policies are rescinded, Unionamerica cannot be sued for breach of the implied covenant of good faith and

///

///

///

1

fair dealing because the rescinded policies are void *ab initio*.

Dated: March 16, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-bzcases\Unionamerica v. Fort Miller\Trial\Order granting dismissal of counterclaims.wpd

2