UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIONAMERICA INSURANCE CO., LIMITED, Successor-in-interest to ST. PAUL REINSURANCE,<br><br>    Plaintiff(s),<br><br>    v.<br><br>THE FORT MILLER GROUP, INC., THE FORT MILLER CO. and BEECHE SYSTEMS CORP.,<br>    Defendant(s). | No. C05-1912 BZ<br><br><br><br><br><br>**JUDGMENT** |

   This action came on for trial before the Court on February 23, 2009.  The issues having been duly tried and Findings of Fact and Conclusions of Law having been duly rendered, **IT IS ORDERED, ADJUDGED** and **DECREED** that plaintiff, Unionamerica Insurance Company, is entitled to rescission of the 2000 and 2001 CGL gap policies and to reimbursement in the amount of $1,548,292.32, with interest and costs as permitted by law.

   The Court having granted Unionamerica's motion to

1

dismiss the counterclaim, **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the First Amended Counterclaim is dismissed on the merits and that Unionamerica recover its costs as permitted by law.

Dated: March 16, 2009

　　　　　　　　　　　　　　　　　/s/ Bernard Zimmerman
　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\UNIONAMERICA V. FORT MILLER\TRIAL\JUDGMENT.FINAL VERSION.BZ.wpd