UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIONAMERICA INSURANCE CO., LIMITED, Successor-in-interest to ST. PAUL REINSURANCE,<br><br>   Plaintiff(s),<br><br>   v.<br><br>THE FORT MILLER GROUP, INC., THE FORT MILLER CO. and BEECHE SYSTEMS CORP.,<br>   Defendant(s). | No. C05-1912 BZ<br><br>**BRIEFING ORDER** |

Having received Unionamerica's motion to amend the judgment and motion for attorney's fees, **IT IS HEREBY ORDERED AS FOLLOWS**:

 1. Defendants' opposition to the respective motions shall be filed by **April 15, 2009**;

 2. Plaintiff's reply, if any, shall be filed by **April 22, 2009**;

 3. If a hearing is required, it is scheduled for **May 20, 2009 at 10:00 a.m.** in Courtroom G, 15th Floor,

1

Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: April 1, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-bzcases\Unionamerica v. Fort Miller\Briefing Order On Post Judgment Motions

2