UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIONAMERICA INSURANCE CO., LIMITED, Successor-in-interest to ST. PAUL REINSURANCE,<br><br>    Plaintiff(s),<br><br>    v.<br><br>THE FORT MILLER GROUP, INC., THE FORT MILLER CO. and BEECHE SYSTEMS CORP.,<br><br>    Defendant(s). | No. C05-1912 BZ<br><br>**ORDER AMENDING JUDGMENT** |

Unionamerica's unopposed motion to amend the judgment to include pre-judgment interest is **GRANTED**. The hearing set for **May 20, 2009** is **VACATED**. The judgment is hereby amended *nunc pro tunc*. The parties shall stipulate to the amount of prejudgment interest due on March 16, 2009, which amount shall then be added to the judgment.

Dated: April 24, 2009

                                                              /s/ Bernard Zimmerman
                                                              Bernard Zimmerman
                                                              United States Magistrate Judge

g:\bzall\-bzcases\unionamerica v. Fort Miller\Trial\Order on P's Mot To Amend Judgment

1