SELMAN BREITMAN LLP
MICHELLE R. PRESS (SBN 163637)
LAURA R. RAMOS (SBN 186326)
RYAN VAN STEENIS (SBN 254542)
11766 Wilshire Blvd., 6th Floor
Los Angeles, CA 90025-6538
Telephone: (310) 445-0800
Facsimile: (310) 473-2525

Attorneys for Plaintiff Unionamerica Insurance Company Limited (erroneously referred to as St. Paul Reinsurance Company Limited)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Unionamerica Insurance Company Limited, successor-in-interest to St. Paul Reinsurance Company Limited,<br><br>Plaintiff,<br><br>v.<br><br>The Fort Miller Group, Inc., The Fort Miller Company, Inc. and Beeche Systems Corporation,<br><br>Defendants. | CASE NO.   C 05 01912 BZ<br><br>**STIPULATION REGARDING AMOUNT OF PREJUDGMENT INTEREST AWARD**<br><br>[PROPOSED] ORDER<br><br><br>Trial date: February 23, 2009 |

COMES NOW, plaintiff Unionamerica Insurance Company Limited ("Unionamerica") and defendants, The Fort Miller Group, Inc., The Fort Miller Company, and Beeche Systems Corporation ("defendants"), through their respective attorneys of record, and hereby stipulate to the below.

Pursuant to the Court's April 27, 2009, Order granting Unionamerica's Motion to Amend the Judgment To Include Prejudgment Interest wherein the Court Ordered the parties to stipulate as to the amount of prejudgment interest to be added to the judgment,

///

1
STIPULATION AND PROPOSED ORDER REGARDING
AMOUNT OF PREJUDGMENT INTEREST AWARD
C 05 01912 BZ

IT IS HEREBY STIPULATED by and between the parties in this action through their respective attorneys of record that:

1. Prejudgment interest in the amount of $238,572.37 shall be added to the Judgment in this matter.

DATED: May 13, 2009          SELMAN BREITMAN LLP

By: _____
MICHELLE R. PRESS
LAURA R. RAMOS
RYAN VAN STEENIS
Attorneys for Plaintiff Unionamerica Insurance Company Limited, successor-in-interest to St. Paul Reinsurance Company Limited

DATED: May 12, 2009          SQUIRE SANDERS & DEMPSEY LLP

By: _____
ETHAN ALLEN H. MILLER
DAVID GABIANELLI
DANIEL BALMAT
Attorneys for Defendants The Fort Miller Group, Inc., The Fort Miller Company, Inc. and Beeche Systems Corporation

**SO ORDERED**:

Dated: May 18, 2009

_____
BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
STIPULATION AND PROPOSED ORDER REGARDING AMOUNT OF PREJUDGMENT INTEREST AWARD
C 05 01912 BZ

430120.1 1090.23834

Selman Breitman LLP
ATTORNEYS AT LAW