SQUIRE, SANDERS & DEMPSEY L.L.P.
Ethan A. Miller (State Bar No. 155965)
David A. Gabianelli (State Bar No. 158170)
Daniel T. Balmat (State Bar No. 230504)
One Maritime Plaza, Suite 300
San Francisco, California 94111
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887

Attorneys for Defendants and Counter-claimants
THE FORT MILLER GROUP, INC., THE FORT
MILLER COMPANY, INC., and BEECHE
SYSTEMS CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIONAMERICA INSURANCE COMPANY LIMITED, successor-in-interest to ST. PAUL REINSURANCE COMPANY LIMITED LONDON,<br><br>Plaintiff,<br><br>vs.<br><br>THE FORT MILLER GROUP, INC., THE FORT MILLER COMPANY, INC., and BEECHE SYSTEMS CORPORATION,<br><br>Defendants. | Case No. C 05 01912 BZ<br><br>Courtroom: G, 15th Floor<br>Judge: Hon. Bernard Zimmerman<br><br>**REQUEST FOR APPROVAL TO POST CASH SUPERSEDEAS BOND TO STAY EXECUTION ON JUDGMENT AND TO DEPOSIT FUNDS INTO COURT REGISTRY; [PROPOSED] ORDER**<br><br>(F.R.C.P. 62(d); L.R. 65.1-1(b)(4); Gen. Ord. 31) |
| THE FORT MILLER GROUP, INC., THE FORT MILLER COMPANY, INC., and BEECHE SYSTEMS CORPORATION,<br><br>Counter-claimants,<br><br>vs.<br><br>UNIONAMERICA INSURANCE COMPANY LIMITED, successor-in-interest to St. Paul Reinsurance Company, Limited, and DOES 1 through 10, inclusive.<br><br>Counter-defendants. | Trial Date: February 23, 2009<br>Complaint Filed: May 9, 2005 |

1  On March 16, 2009 this Court entered judgment against Defendants The Fort Miller Group, Inc., The Fort Miller Co., Inc. and Beeche Systems Corporation (collectively, "Fort Miller"), in the amount of $1,548,292.32 (Doc. No. 355).  Fort Miller timely filed its Notice of Appeal from the judgment on March 16, 2009.  On May 18, 2009, pursuant to stipulation between the parties, the Court entered its Order amending the judgment *nunc pro tunc* to add $238,572.37 in prejudgment interest to the judgment (Doc. No. 390).

Fed. R. Civ. P. 62(d) provides that an appellant may obtain a stay of execution on judgment by posting a supersedeas bond.  Local Rule 65.1-1(b)(4) provides that a bond may have a cash deposit as a surety.  This Court's General Order number 31 provides that an order is required for a party to deposit monies into the Court's registry.

Pursuant to this authority, Fort Miller hereby requests approval to post a cash supersedeas bond in the amount of $1,786,864.69, representing the total amount of the Judgment and prejudgment interest, and that it be allowed to deposit funds in this amount into the Court's registry.

Dated:  May 27, 2009

Respectfully submitted,

SQUIRE, SANDERS & DEMPSEY L.L.P.

By:  _____/s/_____
 Daniel T. Balmat
Attorneys for Defendants and Counter-claimants
THE FORT MILLER GROUP, INC., THE FORT MILLER COMPANY, INC., and BEECHE SYSTEMS CORPORATION

[PROPOSED] ORDER

IT IS SO ORDERED.

Date:  May  29, 2009

_____
Hon. Bernard Zimmerman
MAGISTRATE JUDGE
U.S. DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SANFRANCISCO/306694.1

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California  94111

-1-
REQUEST TO POST CASH BOND AND TO DEPOSIT FUNDS INTO COURT REGISTRY
and [PROPOSED] ORDER - Case No. C 05 01912 BZ