UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIONAMERICA INSURANCE CO., LIMITED, Successor-in-interest to ST. PAUL REINSURANCE,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>THE FORT MILLER GROUP, INC., THE FORT MILLER CO. and BEECHE SYSTEMS CORP.,<br>　　　　Defendant(s). | No. C05-1912 BZ<br><br>**ORDER TO SHOW CAUSE RE SUPERSEDEAS BOND** |

　　Having received plaintiff Unionamerica's request for an order to show cause to increase the amount of defendants' supersedeas bond, **IT IS HEREBY ORDERED** that defendants shall show cause in writing by June 22, 2009, why they should not be required to furnish further security as requested.

Dated: June 9, 2009

　　　　　　　　　　　　　　　　　／s／ Bernard Zimmerman
　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　United States Magistrate Judge

1