1

2

3

4

5

6

7                      UNITED STATES DISTRICT COURT

8                     NORTHERN DISTRICT OF CALIFORNIA

9

10   UNIONAMERICA INSURANCE CO., )
     LIMITED, Successor-in-       )
11   interest to ST. PAUL         )      No. C05-1912 BZ
     REINSURANCE,                 )
12                                )      **ORDER INCREASING**
              Plaintiff(s),       )      **SUPERSEDEAS BOND**
13                                )
14        v.                      )
                                  )
     THE FORT MILLER GROUP, INC.,)
15   THE FORT MILLER CO. and      )
     BEECHE SYSTEMS CORP.,        )
16            Defendant(s).       )
                                  )
17   _____)

18        Having received defendants' response to the order to

19   show cause regarding whether the supersedeas bond should be

20   increased, **IT IS HEREBY ORDERED** that defendants' shall

21   increase the supersedeas bond posted with the Court by

22   $53,499.63 to reflect the amount of the costs taxed by the

23   Clerk's office so that the bond covers all the amounts to

24   which plaintiff is entitled under the judgment entered in

25   this case.

26   Dated: July 8, 2009

27                          Bernard Zimmerman
                       United States Magistrate Judge

28

                                  1