UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIONAMERICA INSURANCE CO., LIMITED, Successor-in-interest to ST. PAUL REINSURANCE,<br><br>        Plaintiff(s),<br><br>  v.<br><br>THE FORT MILLER GROUP, INC., THE FORT MILLER CO. and BEECHE SYSTEMS CORP.,<br>        Defendant(s). | No. C05-1912 BZ<br><br>**ORDER DENYING PLAINTIFF'S SECOND REQUEST TO AMEND JUDGMENT** |

**IT IS ORDERED** that Unionamerica's second request to amend the judgment (Doc. No. 401) is **DENIED**. The judgment states that Unionamerica shall recover its costs as permitted by law.  The costs in this case have been taxed, and, no objections having been filed thereto, they are recoverable. The Court sees no reason why, at this late date, the judgment should be amended.

Dated: July 8, 2009

                                              Bernard Zimmerman
                                 United States Magistrate Judge