UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNIONAMERICA INSURANCE CO., )
LIMITED, Successor-in-        )
interest to ST. PAUL         )      No. C05-1912 BZ
REINSURANCE,                 )
                             )      **ORDER DENYING MOTION FOR**
          Plaintiff(s),      )      **PROTECTIVE ORDER**
                             )
     v.                      )
                             )
THE FORT MILLER GROUP, INC.,)
THE FORT MILLER CO. and       )
BEECHE SYSTEMS CORP.,        )
          Defendant(s).      )
                             )
_____)

     In light of the Court's order granting Fort Miller's

request to post a cash supersedeas bond (Doc. No. 396), Fort

Miller's motion for a protective order to limit the scope of

post-judgment discovery is **DENIED AS MOOT**.

Dated: July 8, 2009


                              _____
                              Bernard Zimmerman
                              United States Magistrate Judge

1