1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11   UNIONAMERICA INSURANCE CO., )
     LIMITED, Successor-in-       )
12   interest to ST. PAUL         )        No. C05-1912 BZ
     REINSURANCE,                 )
13                                )
              Plaintiff(s),       )        **BRIEFING ORDER**
14                                )
          v.                      )
15                                )
     THE FORT MILLER GROUP, INC.,)
16   THE FORT MILLER CO. and      )
     BEECHE SYSTEMS CORP.,        )
17            Defendant(s).       )
                                  )
18   _____ )

19        The Court is prepared to treat Unionamerica's Request

20   for An Order for Defendants to Deposit Post-Judgment Interest

21   as a motion.  Fort Miller has filed its opposition.  **IT IS**

22   **HEREBY ORDERED** that Unionamerica shall file its reply by **July**

23   **9, 2010.**  The Court will schedule a hearing if one is

24   necessary.

25        The Court suggests that the parties could best use their

26   time and their clients resources by winding this case up

27   rather than squabbling over whether an additional $17,000

28   ///

                                  1

1 | needs to be deposited into the Court's registry.

2 | Dated: July 1, 2001

3 | Bernard Zimmerman

4 | United States Magistrate Judge

5 |

6 | G:/BZALL/-BZCASES/UNIONAMERICA V. FORT MILLER/ORD RE PLTFS MOT RE DEPOSIT OF FUNDS RE POST

7 | JUDGMENT INTEREST

8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |