Michelle Press (SBN 163637)
**WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP**
555 S. Flower Street, Suite 2900
Los Angeles, California 90071
Telephone:  (213) 443-5100
Facsimile:   (213) 443-5101
michelle.press@wilsonelser.com

Attorneys for Plaintiff,
UNIONAMERICA INSURANCE CO., LIMITED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIONAMERICA INSURANCE CO., LIMITED, successor-in-interest to ST. PAUL REINSURANCE COMPANY LIMITED<br><br>Plaintiff,<br><br>v.<br><br>THE FORT MILLER GROUP, INC., THE FORT MILLER CO., and BEECHE SYSTEMS CORP.,<br><br>Defendants. | Case No:   C05-1912 BZ<br><br>**APPLICATION TO APPEAR TELEPHONICALLY FOR HEARING ON PLAINTIFF'S REQUEST FOR DEFEDENDANTS TO DEPOSIT POST-JUDGMENT INTEREST AND COSTS; [PROPOSED] ORDER** |

TO THE COURT AND ALL PARTIES:

Plaintiff Unionamerica Insurance Company Limited, successor-in-interest to St. Paul Reinsurance Company Limited ("Unionamerica"), hereby requests permission from the Court to appear telephonically for the hearing on Unionamerica's Request for an Order for Defendants to Deposit Post-Judgment Interest and Costs Awarded by the Ninth Circuit, scheduled for Wednesday, August 4, 2010 at 10:00 a.m. in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

937969.1

1
APPLICATION TO APPEAR TELEPHONICALLY FOR HEARING

The basis for this request is that counsel for Unionamerica resides in Los Angeles County and would like to save her client the fees and costs associated with travel to San Francisco for this hearing.

Respectfully submitted,

Dated: July 27, 2010

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
Michelle Press
Attorneys for Plaintiff Unionamerica Insurance Company Limited

**IT IS SO ORDERED.**

It is hereby ordered that Plaintiff UNIONAMERICA INSURANCE CO. LIMITED will appear telephonically for the hearing scheduled for Wednesday, August 4, 2010 at 10:00 a.m. in Courtroom G of the United States District Court, Northern District of California.

DATED:

_____
MAGISTRATE JUDGE BERNARD ZIMMERMAN



REQUEST DENIED.

Dated: 7/28/2010

937969.1