Michelle Press (SBN 163637)
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
555 S. Flower Street, Suite 2900
Los Angeles, California 90071
Telephone: (213) 443-5100
Facsimile: (213) 443-5101
michelle.press@wilsonelser.com

Attorneys for Plaintiff,
UNIONAMERICA INSURANCE CO., LIMITED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIONAMERICA INSURANCE CO., LIMITED, successor-in-interest to ST. PAUL REINSURANCE COMPANY LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>THE FORT MILLER GROUP, INC., THE FORT MILLER CO., and BEECHE SYSTEMS CORP.,<br><br>Defendants. | Case No: C05-1912 BZ<br><br>**STIPULATION FOR THE COURT'S REGISTRY TO RELEASE FUNDS; [PROPOSED] ORDER**<br><br>[Filed concurrently with Declaration of Michelle Press in Support of Proposed Order for the Court's Registry to Release Funds] |

Plaintiff Unionamerica Insurance Company Limited, successor-in-interest to St. Paul Reinsurance Company Limited ("Unionamerica") and defendants The Fort Miller Group, Inc., The Fort Miller Company and Beeche Systems Corporation (collectively "defendants"), through their attorneys of record, hereby jointly stipulate as follows:

Whereas the Ninth Circuit has affirmed the district court's judgment in Unionamerica's favor, the Court's Registry should release the account in the amount of $1,841,228.70 to Unionamerica Insurance Company Limited, America House, 2 America Square, London EC3N 2LU, Tax Identification Number 80112709, through its counsel of record, Michelle Press of Wilson, Elser, Moskowitz, Edelman & Dicker LLP.

skipped

Respectfully submitted,

Dated: August 4, 2010                SQUIRE, SANDERS & DEMPSEY LLP

By:   /s/
      Barry A. Brown
      Attorneys for Defendants
      The Fort Miller Group, Inc., The Fort Miller
      Company, Inc., and Beeche Systems Corporation

Dated: August 4, 2010                WILSON, ELSER, MOSKOWITZ,
                                             EDELMAN & DICKER LLP

By:
      Michelle Press
      Attorneys for Plaintiff Unionamerica Insurance
      Company Limited, as successor-in-interest to St. Paul
      Reinsurance Company Limited

**IT IS HEREBY SO ORDERED, ADJUDGED AND DECREED:**

The Court's Registry shall release the account in the amount of $1,841,228.70 payable to Unionamerica Insurance Company Limited through its counsel of record.

DATED: 9 Aug 2010

_____
MAGISTRATE JUDGE BERNARD ZIMMERMAN