Michelle Press (SBN 163637)
**WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP**
555 S. Flower Street, Suite 2900
Los Angeles, California 90071
Telephone:  (213) 443-5100
Facsimile:   (213) 443-5101
michelle.press@wilsonelser.com

Attorneys for Plaintiff,
UNIONAMERICA INSURANCE CO., LIMITED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIONAMERICA INSURANCE CO., LIMITED, successor-in-interest to ST. PAUL REINSURANCE COMPANY LIMITED<br><br>       Plaintiff,<br><br>v.<br><br>THE FORT MILLER GROUP, INC., THE FORT MILLER CO., and BEECHE SYSTEMS CORP.,<br><br>       Defendants. | Case No:  C05-1912 BZ<br><br>**AMENDED [PROPOSED] ORDER FOR THE COURT'S REGISTRY TO RELEASE FUNDS** |

Plaintiff Unionamerica Insurance Company Limited, successor-in-interest to St. Paul Reinsurance Company Limited ("Unionamerica") hereby files the instant Amended [Proposed] Order for the Court's Registry to Release Funds, pursuant to instruction by the Court's Finance Department, as the amount in the account has changed since the last Proposed Order was filed.

Whereas the Ninth Circuit has affirmed the district court's judgment in Unionamerica's favor, the Court should release the funds deposited into the Court's registry plus any accrued interest, to Unionamerica Insurance Company Limited, America House, 2 America Square, London EC3N 2LU, Tax Identification Number 80112709, through its counsel of record, Michelle Press of Wilson, Elser, Moskowitz, Edelman & Dicker LLP.

|   |   |
|---|---|
| Dated: August 9, 2010 | Respectfully submitted,<br><br>WILSON, ELSER, MOSKOWITZ,<br>EDELMAN & DICKER LLP<br><br>By: _____<br>Michelle Press<br>Attorneys for Plaintiff<br>UNIONAMERICA INSURANCE COMPANY LIMITED |

**IT IS HEREBY SO ORDERED, ADJUDGED AND DECREED:**

The Court shall release the funds deposited into the Court's registry plus any accrued interest, to Unionamerica Insurance Company Limited, America House, 2 America Square, London EC3N 2LU, Tax Identification Number 80112709, through its counsel of record, Michelle Press of Wilson, Elser, Moskowitz, Edelman & Dicker LLP.

The Order dated August, 9, 2010 is VACATED.

DATED: August 10, 2010

_____
MAGISTRATE JUDGE BERNARD ZIMMERMAN